*Rakoff, J*
*Part, I*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*[USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: 3/9/15]*

In re Application of FRANCK BERLAMONT for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in Foreign Proceedings.

Case No. 15 Misc. _____

**15 MISC 0058**

## ORDER TO SHOW CAUSE

Upon reading the annexed and accompanying Petition, Declaration of Samuel Shapiro, dated March 6, 2015, and all exhibits appended thereto, and Memorandum of Law in Support of Application for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in Foreign Proceedings, and all pleadings, papers and proceedings relevant to this proceeding, it is hereby:

ORDERED that Hunton & Williams LLP, or its counsel, shall appear and show cause before this Court (Kimba Wood, U.S.D.J.) located at 500 Pearl Street, New York, New York, on the 24th day of March, 2015, at 10:00 o'clock in the fore noon, or as soon thereafter as counsel can be heard, why an order should not be issued (i) granting Petitioner's application, (ii) granting Petitioner leave to serve the subpoena annexed to the Declaration of Samuel Shapiro as Exhibit B, and (iii) ordering Hunton & William LLP to respond to the subpoena within seven days of service; and it is further

ORDERED that service of this Order and the papers upon which it is based shall be made on or before the 9th day of March, 2015 by delivering copies of such papers to counsel for Hunton & Williams LLP by email, and that said service shall be deemed sufficient; and it is further

ORDERED that service of opposition papers, if any, shall be made on or before the 17th day of March, 2015 by ECF; and it is further

ORDERED that service of reply papers, if any, shall be made on or before noon on March 23, 2015 by ECF.

1

~~ORDERED that service of reply papers, if any, shall be made on or before the ___ day of _____, 2015 by ECF.~~

SO ORDERED.

Dated: __3/6__, 2015

                                                                       United States District Judge

                                                                       Pauley, J.

Endorsement on 15MISC 0058 SIGNED BY JSR IN PT I OTSC
ORDERED that service of reply papers, if any, shall be made on or before noon March 23, 2015 by ECF.